NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-1400


SUPREME SERVICES AND SPECIALTY CO., INC.

VERSUS

SONNY GREER, INC. (D/B/A SONNY GREER CONSTRUCTION CO., INC.),
L.E. GREER, BRIDGETTE GREER AND MELVIN J. OUBRE, AIA


************

APPEAL FROM THE
16TH JUDICIAL DISTRICT COURT,
PARISH OF IBERIA
NO. 96527,
HONORABLE KEITH R. J. COMEAUX

************

GLENN B. GREMILLION
JUDGE

************

Court composed of Sylvia R. Cooks, Glenn B. Gremillion, and Billy H. Ezell, Judges.


MOTION TO DISMISS GRANTED.


JAMES RYAN, III
JAMES RYAN III & ASSOCIATES, LLC
201 St. Charles Avenue, Suite 2530
New Orleans, LA 70170
(504) 599-5990
COUNSEL FOR AXA GLOBAL RISK U.S. INSURANCE COMPANY

WILLIAM L. MELANCON
Versailles Centre, Suite 700
102 Versailles Blvd.
Lafayette, LA 70501
(337) 233-8600
COUNSEL FOR SUPREME SERVICE AND SPECIALTY CO., INC.

**DAVID GRONER**
**P.O. Box 9207**
**New Iberia, LA 70562-9207**
**(337) 364-3629**
**COUNSEL FOR SONNY GREER, INC., (D/B/A SONNY GREER CONSTRUCTION CO., INC.), L.E. GREER AND BRIDGETTE GREER**

**CYNTHIA J. THOMAS**
**GALLOWAY JOHNSON TOMPKINS BURR & SMITH**
**Three Sanctuary Blvd., Suite 301**
**Mandeville, LA 70471**
**COUNSEL FOR SONNY GREER, INC. D/B/A/ SONNY GREER CONSTRUCTION CO., INC.**

**RICHARD D. CHAPPUIS, JR.**
**VOORHIES & LABBE**
**P.O. Box 3527**
**Lafayette, LA 70502-3527**
**COUNSEL FOR MELVIN J. OUBRE, AIA**